151 So.2d 692

#### Juanita GIERCZIC

v.

#### Richard P. GIERCZIC.

#### No. 46697.

April 17, 1963.

In re: Richard P. Gierczic applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 150 So.2d 84.

Writ refused. The judgment of the Court of Appeal is correct.

151 So.2d 692

#### Max L. HASPEL

v.

#### Eddie TREECE et al.

#### No. 46695.

April 17, 1963.

In re: Employers Liability Assurance Corp., Ltd., applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 150 So.2d 120.

Writ refused. The judgment is not final.